37012. SHEPHERD v. EPPS et al.

JORDAN, Chief Justice.

Appellant sought to set aside a summary judgment order granted to appellees in a divorce case. The appeal must be dismissed for failure to comply with Code Ann. § 6-701.1 (a).

*Appeal dismissed. All the Justices concur.*

DECIDED APRIL 29, 1981.

*Troutman, Sanders, Lockerman & Ashmore, Robert L. Pennington, Kevin C. Greene, Joseph Weinberg,* for appellant.
*William H. Whaley, Glenville Haldi, William D. Smith,* for appellees.